# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Abdullah-Hamad AL Rawahna,

    Petitioner,

        v.                         Case No. 1:18cv175

Attorney General of the United
States, *et al.*,                   Judge Michael R. Barrett

    Respondents.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 18, 2018 (Doc. 13).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Respondent's Motion to Dismiss (Doc. 9) is **GRANTED.** Petitioner's Petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice**.** Motion for Bail (Doc. 7) and Motion to Grant Gabeas Corpus are **DENIED.**

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

                                              *s/Michael R. Barrett*

Michael R. Barrett
United States District Judge